UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA**

v.  Case No. 6:07-cr-34-Orl-18KRS
(Forfeiture)

**PAUL FREITAS**

### FINAL ORDER OF FORFEITURE

WHEREAS, on July 11, 2007, this Court entered a Preliminary Order of Forfeiture, pursuant to the provisions of 21 U.S.C. § 853;

AND WHEREAS, on August 3, 10, and 17, 2007, in the Orlando Sentinel, a newspaper of general circulation for Orange County, Florida, notice of this forfeiture and of the intent of the United States to dispose of the a residence located at 1922 8TH Street, Orlando, FL 32820-2411, more particularly described as: The part of Tracts 122 and 123 of the unrecorded plat of East Orlando Estates described as follows: Begin 2342.4 feet North and 2657.85 feet East from the West 1/4 corner of Section 22, Township 22 South, Range 32 East, thence North 334 feet, thence East 645 feet, thence South 334 feet, thence West 645 feet to the Point of Beginning, (less the South 220 feet), Orange County, Florida; a/k/a 1922 8th Street, Orlando, Florida, Parcel ID15-22-32-2336-01-221, in accordance with the law, and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of any legal interests in the subject asset;

AND WHEREAS, it appears from the record that the claim of the Orange County Tax Collector has been resolved and Paul Freitas' interest in the above-described asset has been divested in this criminal forfeiture proceeding;

It is HEREBY ORDERED, ADJUDGED and DECREED:

1. That the United States, upon entry of a Final Order of Forfeiture and solely from the proceeds of the sale of the property, to the extent that there are sufficient proceeds, after the deduction of government expenses relating to seizure, maintenance, custody, and disposal, will pay the Orange County Tax Collector the standard <u>ad</u> <u>valorem</u> and non <u>ad</u> <u>valorem</u> real property taxes which are assessed prior to the entry of the Final Order of Forfeiture, plus statutory interest that accrues after April 1, 2008, in the amount 18% per annum up to the date of entry of the Final Order of Forfeiture.

2. That all right, title and interest in the above-described asset is hereby condemned, forfeited and vested in the United States of America as to all parties and shall be disposed of according to law; and

3. That the United States Marshals Service is directed to dispose of the asset according to law.

The Clerk of Court is hereby directed to send copies of this Order to all counsel of record.

DONE and ORDERED this ___ day of _____, 2008, at Orlando, Florida.

_____
G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE